

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-20-00248-CR

## IN RE MICHAEL ANTHONY MOORE

---

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Relator's petition for writ of mandamus is denied.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Dismissed
Opinion delivered and filed September 30, 2020
Do not publish
[OT06]